DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Johnson<br><br>169 N.C. App. 301 | No. 243P05 | 1. Def's NOA Upon a Constitutional Question (COA03-1123)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/18/05<br><br>3. Denied 08/18/05 |
| State v. Jones<br><br>172 N.C. App. 161 | No. 435P05 | AG's Motion for Temporary Stay (COA04-967) | Allowed 08/15/05 |
| State v. Lawrence<br><br>163 N.C. App. 205 | No. 122P04-2 | Def's Motion for "Petition for Discretionary Review Under N.C.G.S. § 7A-31(c)" (COA03-386) | Dismissed 08/18/05 |
| State v. Little<br><br>163 N.C. App. 235 | No. 183A04 | 1. Def's Second Motion for Appropriate Relief (COA03-38)<br><br>2. Def's NOA Based Upon a Dissent | 1. Allowed 08/18/05<br><br>2. Dismissed as moot 08/18/05 |
| State v. Lopez<br><br>169 N.C. App. 816 | No. 324P05 | Surety's (Aegis Security Insurance Co.) PDR Under N.C.G.S. § 7A-31 (COA04-565) | Denied 08/18/05 |
| State v. Mickens<br><br>171 N.C. App. 364 | No. 378P05 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA04-960)<br><br>2. Def's Alternative PWC to Review the Decision of the COA | 1. Denied 08/18/05<br><br>2. Denied 08/18/05 |
| State v. Moore<br><br>169 N.C. App. 458 | No. 260P05 | Def's Petition for "Further Review of the Opinion" of the COA (COA04-562) | Denied 08/18/05 |
| State v. Murchison<br><br>168 N.C. App. 242 | No. 107P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1650) | Denied 08/18/05 |
| State v. Nguyen<br><br>171 N.C. App. 364 | No. 392P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-538) | Denied 08/18/05 |
| State v. Nicholson<br><br>Case Below:<br>Wilson County<br>Superior Court | No. 564A99-2 | 1. Def's PWC to Review Order of Superior Court (Wilson County Superior Court)<br><br>2. Def's Motion to Cease Appeals | 1. Denied 08/18/05<br><br>2. Denied 08/18/05 |
| State v. Ochoa<br><br>170 N.C. App. 198 | No. 312P05 | 1. Surety's (Aegis Security Ins. Co.) PDR Under N.C.G.S. § 7A-31 (COA04-939)<br><br>2. Respondent's (Randolph County Board of Education) Motion to Deny Petition | 1. Denied 08/18/05<br><br>2. Dismissed as moot 08/18/05 |